IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:16cr615-MHT |
| | ) | (WO) |
| **PATRICK SHARPE** | ) | |

## ORDER

Based on the representations made in open court on January 25, 2017, it is ORDERED as follows:

(1) Defendant Patrick Sharpe is adjudicated guilty of charges 2, 3, and 5 of the petition for revocation of supervised release (doc. no. 5).

(2) Charges 1 and 4 of the petition for revocation of supervised release (doc. no. 5) are dismissed.

(3) Sentencing on charges 2, 3, and 5 of the petition for revocation of supervised release (doc. no. 5) is continued to March 7, 2017, at 10:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

(4) Defendant Sharpe is immediately released under

the same conditions of supervised release previously imposed.

(5) Pending sentencing, defendant Sharpe is subject to the following additional conditions of release:

    (A) Defendant Sharpe shall undergo an assessment to determine his need for treatment for drug and alcohol abuse.

    (B) Should the assessment recommend treatment, the parties are to file, prior to sentencing, a proposed drug and alcohol treatment plan. If the assessment does not recommend treatment, the parties shall file a report documenting that conclusion.

    (C) Defendant Sharpe, with the assistance of probation, shall make reasonable efforts to obtain employment.

    (D) Defendant Sharpe, with the assistance his counsel, shall make reasonable efforts to have his driver's license reinstated.

  (E) Defendant Sharpe and his counsel shall make reasonable efforts to resolve the fines and fees currently outstanding with the City of Montgomery.

It is further ORDERED that, based on the representations made at sentencing, the court will consider defendant Sharpe's request for time served.

DONE, this the 25th day of January, 2017.

        /s/ Myron H. Thompson
        **UNITED STATES DISTRICT JUDGE**