IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:16cr615-MHT |
| | ) | (WO) |
| PATRICK SHARPE | ) | |

## ORDER

It is ORDERED that the non-compliance summary (doc. no. 30) is approved.

The court also advised the defendant that if he remains drug-free, fully complies with the requirements of supervised release and the directives of his probation officer, again attends Alabama State University beginning in August, and works hard and earns only A and B grades, the court would consider that a very strong basis for discharging him from supervised release early, that is, in December 2017.

DONE, this the 16th day of May, 2017.

                                                      /s/ Myron H. Thompson
                                        **UNITED STATES DISTRICT JUDGE**